IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CACY DOLLAR,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of The Social Security Administration,<br><br>    Defendant. | Case No. 20-CIV-151-RAW-KEW |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On August 18, 2022, the United States Magistrate Judge entered a Report and Recommendation recommending that the above-styled case be reversed and remanded for further proceedings [Docket No. 24]. The Magistrate Judge found that correct legal standards were not applied by the Administrative Law Judge by failing to properly make findings concerning Dr. Horton's opinion and Plaintiff's RFC assessment and the decision of the Commissioner is therefore not supported by substantial evidence. The Commissioner filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law 28 U.S.C.§636(b)(1); Fed. R. Civ. P. 72a [Docket No. 25] claiming that the Magistrate's Report and Recommendation is inconsistent with the agency's definition of a medical opinion.

Upon full consideration of the record and the issues herein, this court finds that the Magistrate Judge's recommendation to reverse and remand for further proceedings is well supported based upon the ALJ's failure to properly evaluate source opinions. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby affirmed and adopted as this court's Findings and Order.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 6th day of September, 2022.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA